UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re | : | Case No.: 18-16779-ELF |
| | : | |
| CRAIG R. FULTON | : | Chapter: 13 |
| _____Debtor_____ | : | |
| AMERICAN CREDIT ACCEPTANCE, LLC | : | |
| _____Movant_____ | : | |
| Vs. | : | Motion for Relief from Stay |
| | : | |
| CRAIG R. FULTON | : | |
| _____RESPONDENT_____ | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: September 29, 2020
Time: 9:30 a.m.
Place: United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant, American Credit Acceptance, LLC, by and through its counsel, Matthew Bleacher, Esquire and Nikolaus & Hohenadel, LLP, have filed a Motion for Relief from Stay in the above matter.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND SICUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then within 21 days from the date of this Notice, you or your attorney must do ALL of the following:

    (a)    file an answer explaining your position at:

        United States Bankruptcy Court
        Clerk's Office
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, Pa 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the Movant's attorney:

    Matthew Bleacher, Esquire
    Nikolaus & Hohenadel, LLP
    212 North Queen Street
    Lancaster, Pa  17603
    Phone: (717) 299-3726
    Fax: (717) 299-1811

2. If you or your attorney do not take the steps described in Paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Eric L. Frank, on September 29, 2020 at 9:30 A.M. at United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: September 3, 2020