**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16779-AMC |
| Craig R. Fulton | : Chapter 13 |
|     Debtor | : |
| | : |
| First Guaranty Mortgage Corporation c/o | : |
| Rushmore Loan Management Services, LLC | : |
|     Movant | : |
|     vs. | : |
| | : |
| Craig R. Fulton and Erneyka Fulton (Non-filing Co-Debtor) | : |
|     Debtor/Respondent | : |
| | : |
|     and | : |
| | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

**ORDER**

    AND NOW, this ____ day of _____, 2020, upon the Motion of Movant, First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services, LLC, it is hereby:

    ORDERED THAT: the Motion is granted, and the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. § 362 and § 1301 of the Bankruptcy Code is modified and lifted with respect to the premises, 168 Sparks Street, Philadelphia, PA 19120.

 

_____
    Honorable Ashely M. Chan
    United States Bankruptcy Judge