UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re | : | Case No.: 18-16779-ELF |
| | : | |
| CRAIG R. FULTON | : | Chapter: 13 |
|     Debtor | : | |
| AMERICAN CREDIT ACCEPTANCE, LLC | : | |
|     Movant | : | |
| Vs. | : | Motion for Relief from Stay |
| | : | |
| CRAIG R. FULTON | : | |
|     RESPONDENT | : | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this __29th__ day of September, 2020, based upon the *Motion for Relief from Automatic Stay* ("Motion") filed by American Credit Acceptance, LLC ("ACA"), and after providing an opportunity for a response, it is hereby:

**ORDERED** that:

(a) the Motion is granted;

(b) the automatic stay in 11 U.S.C. § 362(a) is **MODIFIED** with respect to ACA and its Collateral (as defined in the Motion), and ACA may enforce its rights against the Collateral (as defined in the Motion) as permitted by applicable nonbankruptcy law; and

(c) the 14-day stay provision provided by Fed. R. Bankr. P. 4001(a)(3) shall not apply.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**