**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16779-ELF |
| Craig R. Fulton | : Chapter 13 |
|     Debtor | : |
| | : |
| First Guaranty Mortgage Corporation c/o | : |
| Rushmore Loan Management Services, LLC | : |
|     Movant | : |
|     vs. | : |
| | : |
| Craig R. Fulton and Erneyka Fulton (Non-filing Co-Debtor) | : |
|     Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY**

TO THE CLERK:

    Please mark the Motion for Relief from Stay, filed on September 10, 2020 at Doc. #32, as withdrawn without prejudice.

    Respectfully submitted,

    /s / Antonio Bonanni, Esquire
    Antonio, Bonanni, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 322940
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Email: abonanni@hoflawgroup.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16779-ELF |
| Craig R. Fulton | : Chapter 13 |
|       Debtor | : |
| | : |
| First Guaranty Mortgage Corporation c/o | : |
| Rushmore Loan Management Services, LLC | : |
|       Movant | : |
|     vs. | : |
| | : |
| Craig R. Fulton and Erneyka Fulton (Non-filing Co-Debtor) | : |
|       Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|       Trustee/Respondent | : |

### **CERTIFICATE OF MAILING**

I, Antonio, Bonanni, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw Motion for Relief from Stay to the parties at the addresses shown below on **11/24/2020**.

The types of service made on parties were: Electronic Notification and First Class Mail:

| | |
|---|---|
| Brad J. Sadek, Esquire | Craig R. Fulton |
| Via ECF | Erneyka Fulton |
| *Attorney for Debtor* | 168 Sparks Street |
| | Philadelphia, PA 19120 |
| William C. Miller, Esquire | Via First Class Mail |
| Via ECF | *Debtor and Non-Filing Co-Debtor* |
| *Trustee* | |

Dated: 11/24/2020

/s / Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com