UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Craig R. Fulton | Case No.: 18-16779-elf |
| Debtor | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION AND MODIFY PLAN AFTER CONFIRMATION

AND NOW, this 23rd day of March, 2021 upon consideration of the Motion to Approve Loan Modification and Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED that Loan Modification Agreement is **APPROVED** and that the Debtor's Modified Chapter 13 Plan (Doc. # 51) is **APPROVED**

Eric L. Frank
U.S. Bankruptcy Judge